40

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HERMAN MITCHELL, Petitioner-Appellant.

(No. 58034; )

First District (5th Division)—March 30, 1973.

PER CURIAM.

John D. Shullenberger, of Chicago, (David Rood, Senior Law Student, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.